Dismissed and
Memorandum Opinion filed January 11, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00350-CV

____________

 

SONSERIA BINDER, Appellant

 

V.

 

HEARTHWOOD II OWNERS ASSOCIATION AND ELBAR INVESTMENTS,
Appellees

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 930700

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed November 11, 2009. 
The clerk’s record was filed April 6, 2010.  The reporter’s record was filed May
17, 2010.  No brief was filed.

            On November 18, 2010, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before December 30, 2010, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Seymore, and McCally.